**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMED CHIRAR et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HILTON WORLDWIDE, INC. et al,<br><br>　　　　Defendants. | Case No. CV 14-1523-JSW<br><br>[**PROPOSED**] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT<br><br>Hearing Date:<br>Time:<br>Courtroom: |

　　IT IS ORDERED, that Plaintiffs' Motion for Extension of Time to File Opposition to Defendants' Motion for Judgment on the Pleaders, or in the alternative for Summary Judgment, is granted. Plaintiffs shall have until May 13, 2014 to file their opposition. Defendants shall have until May 20, 2014 to file their reply. Counseled plaintiffs are ordered to serve pro se parties with this Order.

DATED: April 23, 2014

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey S. White*
　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

4

PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION