LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Email: bruce.highman@highman-ball.com

Attorneys for Plaintiffs Cesar Berrospi,
Lourdes Castilla, Wilfredo Chafloque,
Carlos Gonzalez, Evelyn Luarca, Maria Luna,
Diego Morales, Gimin Morales, Hortensia
Morales, Samuel Navarrete, Grover Sanchez,
and Humberto Zaragoza (misnamed Humberto
Zapata in caption of complaint)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED CHIRAR, CLEMENTE R. FLORENDO, JOSE A. ARBANIL MARTIN, FRANCISCA CLAUDIA BECERRA, CESAR BERROSPI, LOURDES CASTILLA, WILFREDO CHAFLOQUE, CARLOS GONZALEZ, EDUARDO GONZALES, FANNY GUILLEN, SILVIA LOPEZ, EVELYN LUARCA, MARIA LUNA, JORGE MELCAR, DANIEL URBINA MEZA, DIEGO MORALES, GIMIN MORALES, HORTENSIA MORALES, YEDER MORALES, SAMUEL NAVARRETE, JUAN PERALTA, GROVER SANCHEZ, HUMBERTO ZARAGOZA (misnamed HUMBERTO ZAPATA in caption of complaint),<br><br>Plaintiffs,<br><br>-v-<br><br>HILTON WORLDWIDE, INC.; S.F. HILTON LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 14-cv-01523-JSW<br><br>REQUEST TO WITHDRAW FROM REPRESENTING PLAINTIFF CESAR BERROSPI; DECLARATION OF CESAR BERROSPI; PROPOSED ORDER |

    Louis A. Highman and Bruce J. Highman of Highman, Highman & Ball currently are attorneys of record for plaintiffs Cesar Berrospi, Lourdes Castilla, Wilfredo Chafloque, Carlos

Gonzalez, Evelyn Luarca, Maria Luna, Diego Morales, Gimin Morales, Hortensia Morales, Samuel Navarrete, Grover Sanchez, and Humberto Zaragoza (misnamed Humberto Zapata in caption of complaint).

On May 1, 2014, Louis Highman and Bruce Highman requested to withdraw from representing Plaintiffs Lourdes Castilla, Wilfredo Chafloque, Carlos Gonzalez, Evelyn Luarca, Diego Morales, Gimin Morales, Samuel Navarrete, and Grover Sanchez on grounds that those plaintiffs had requested Louis Highman and Bruce Highman to withdraw from representing them. They had hired attorneys Shannon Liss-Riordan and Monique Olivier to represent them in place of Louis Highman and Bruce Highman. Attorneys Liss-Riordan and Olivier had already entered appearances to represent them. The Court has not yet ruled on that request to withdraw.

Now another plaintiff, Cesar Berrospi, requests that Louis Highman and Bruce Highman withdraw from representing him. Mr. Berrospi instead wishes to represent himself. Accordingly, Louis Highman and Bruce Highman are requesting to withdraw from representing Mr. Berrospi and that he instead represent himself.

DATED: May 7, 2014

        HIGHMAN, HIGHMAN & BALL
        A PROFESSIONAL LAW ASSOCIATION


By/s/ Bruce J. Highman
Bruce J. Highman
Attorneys for Plaintiffs Cesar Berrospi, Lourdes Castilla, Wilfredo Chafloque, Carlos Gonzalez, Evelyn Luarca, Maria Luna, Diego Morales, Gimin Morales, Hortensia Morales, Samuel Navarrete, Grover Sanchez, and Humberto Zaragoza (misnamed Humberto Zapata in caption of complaint

### DECLARATION OF CESAR BERROSPI

I, Cesar Berrospi, hereby declare:

1. I am one of the plaintiffs in this action.

2. I am currently represented by attorneys Louis Highman and Bruce Highman. I do not want them to continue representing me. Instead, I want to represent myself in propria persona.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct, and that this declaration was executed on May 7, 2014.

/s/ Cesar Berrospi
Cesar Berrospi

### ORDER

Louis Highman and Bruce Highman are granted leave to withdraw from representing plaintiff Cesar Berrospi. Instead, Mr. Berrospi shall be representing himself in propria persona.

DATED: May 28, 2014

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge