| | |
|---|---|
| 1 | Tyler A. Brown (SBN 121350) |
| 2 | Brownt@jacksonlewis.com |
|   | Joshua A. Kuns (SBN 272206) |
| 3 | Joshua.Kuns@jacksonlewis.com |
|   | JACKSON LEWIS P.C. |
| 4 | 50 California Street, 9th Floor |
|   | San Francisco, California  94111 |
| 5 | Telephone:    415-394-9400 |
|   | Facsimile:     415-494-9401 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | HILTON WORLDWIDE, INC. (erroneously |
| 8 | sued herein as San Francisco Hilton, Inc.) |

Shannon Liss-Riordan (appearing *pro hac vice*)
LICHTEN & LISS-RIORDAN
100 Cambridge St., 20th Floor
Boston, MA 02114
Telephone:  617) 994-5800

Attorney for Plaintiffs
BAIKUNTHA KHANAL, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAIKUNTHA KHANAL, GROVER SANCHEZ, JORGE MELCAR, CLEMENTE FLORENDO, JOSE ALBANIL MARTIN, CLAUDIA BECERRA, LOURDES CASTILLA, SAMUEL NAVARRETE, FROYLAN ARMENTA, SILVIA LOPEZ, CARLOS GONZALEZ, GIMIN MORALES, LEO HERNANDEZ, SAMUEL RAMIREZ, FANNY GUILLEN, DIEGO MORALES, YEDER MORALES, JANET CARBONEL, WILFREDO CHAFLOQUE, EVELYN LUARCA, OSCAR PEREZ-HOYOS, HUI XIAU MORI, ALFONSO CARO, EDUARDO GONZALEZ, and CARI FERNANDEZ individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs. | Case No.: 3:14-cv-01523-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Judge:    Hon. Jeffrey S. White<br>Complaint Filed: January 6, 2014 |

1

Case No. 3:14-cv-01523-JSW

JOINT ADR STIPULATION AND [PROPOSED] ORDER

|   |   |
|---|---|
| 1 | SAN FRANCISCO HILTON, INC. |
| 2 | Defendant. |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )

☐ other requested deadline _____

Dated: July 3, 2014          JACKSON LEWIS P.C.

By:   /s/ Tyler A. Brown
Tyler A. Brown
Joshua A. Kuns
Attorneys for Defendant
HILTON WORLDWIDE, INC. (erroneously sued herein as San Francisco Hilton, Inc.)

Dated: July 3, 2014          LICHTEN & LISS-RIORDAN

By:    */s/ Shannon Liss-Riordan*
        Shannon Liss-Riordan
        Attorney for Plaintiffs
        BAIKUNTHA KHANAL, et al.

**[PROPOSED] ORDER**

☒    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

DATED: July 7, 2014              *Jeffrey S. White*
                                           Honorable Jeffrey S. White
                                           *United States District Court Judge*

4814-6586-4476, v. 1