IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAIKUNTHA KHANAL, ET AL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAN FRANCISCO HILTON,<br><br>　　　　Defendant.<br>_____/ | No. C 14-01523 JSW<br><br><br><br>**ORDER VACATING HEARING** |

　　　　Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, September 5, 2014 at 9:00 a.m., is appropriate for decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

　　　　**IT IS SO ORDERED.**


Dated:  September 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE