**United States District Court**

For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  BAIKUNTHA KHANAL, ET AL,
10            Plaintiffs,                    No. C 14-01523 JSW
11    v.
12  SAN FRANCISCO HILTON,                    **ORDER VACATING HEARING ON MOTION**
13            Defendant.
                                        /
14
15        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to remand which has
16  been noticed for hearing on Friday, February 27, 2015 at 9:00 a.m., is appropriate for decision
17  without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will
18  be taken under submission and decided on the papers.
19        **IT IS SO ORDERED.**
20
21  Dated:   February 24, 2015
22                                          JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28