UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAN FRANCISCO HILTON, INC.,<br><br>        Defendant. | Case No. 14-cv-01523-JSW<br><br>**ORDER TO SHOW CAUSE RE FEDERAL JURISDICTION** |

In its order reversing and remanding this case, the Ninth Circuit instructed the Court to "decide in the first instance whether to exercise supplemental jurisdiction over Plaintiffs' California Labor Code § 351 claim." (Dkt. No. 92 at 5.)

This Court issues this Order to Show Cause requiring both parties to indicate in a writing not to exceed ten pages and by no later than April 14, 2023, why, in the absence of federal question or diversity jurisdiction, the Court may or should exercise supplemental jurisdiction over Plaintiffs' California Labor Code claim.

**IT IS SO ORDERED.**

Dated: March 31, 2023

_____
JEFFREY S. WHITE
United States District Judge